

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-18-00635-CV

**IN RE E.F., J.P.V., V.J.V., AND R.J.V., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:   Sandee Bryan Marion, Chief Justice[1]
Rebeca C. Martinez, Justice[1]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice[1]
Liza A. Rodriguez, Justice

Appellant's motion for reconsideration en banc is pending before the court. The court hereby requests that appellee file a response to the motion no later than fourteen (14) days from the date of this order. *See* TEX. R. APP. P. 49.2.

It is so **ORDERED** on August 2, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] Dissents to the order requesting a response and would deny the motion for reconsideration en banc.